STATE OF LOUISIANA, PARISH OF ORLEANS.

COURT OF APPEAL.

Mrs. Ada Calvin

vs.

Mrs. Amy Wread, et al.

**8266.** No. 8266,

On motion of Mrs. Amy Wread, defendant, appellant, through Mark M. Boatner, her attorney,

It is ordered that mover's appeal be and it is hereby dismissed.

Service acknowledged, ? no objection.

Attorney for plaintiff, appellee.